UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO JOSE MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN, Warden,<br><br>Respondent. | No. 2:18-cv-0646 KJN P<br><br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges that the Bureau of Prisons wrongly denied his Case Manager's request that he be placed in a Residential Reentry Center for one year. In this claim, petitioner challenges the execution of his sentence.

Petitioner is housed in Atwater U.S. Penitentiary in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. See Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000) ("petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the

1

custodial court")

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

Dated: April 4, 2018

                                                KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

mend0646.109